

**New Misc. Case: Motion to Enforce & Compel Compliance with Subpoena**

**Preston, Andrea (Seattle)** to: newcases.seattle@wawd.uscourts.gov   08/14/2017 08:30 PM

Cc: "Nohle, Peter H. (Seattle)", "ronald.richman@srz.com", "max.garfield.@srz.com"        , "michael.banks@morganlewis.com"        ,

Per the Court's instructions for filing miscellaneous actions, I have find attached the following pleadings for filing:

- International Business Machines Corporation's Motion to Enforce and Compel Compliance with Subpoena Served on Amazon Web Services, Inc.
- Declaration of Pietro J. Signoracci in Support of International Business Machines Corporation's Motion to Enforce and Compel Compliance with Subpoena Served on Amazon Web Services, Inc.
- [Proposed] Order Granting International Business Machines Corporation's Motion to Enforce and Compel Compliance with Subpoena Served on Amazon Web Services, Inc.
- Rule 7.1 Corporate Disclosure Statement of International Business Machines Corporation

As set forward in the motion, this has been noted for immediate presentation based on a pending Motion for Preliminary Injunction.  Should you have any questions or concerns, please do not hesitate to contact me or attorney, Peter Nohle.

Respectfully submitted,

Andrea W. Preston

**Andrea Preston**
Legal Secretary to Bryan P. O'Connor, Peter H. Nohle
**Jackson Lewis P.C.**
520 Pike Street
Suite 2300
Seattle, WA 98101
Direct: (206) 626-6438 | Main: (206) 405-0404
Andrea.Preston@jacksonlewis.com  |  www.jacksonlewis.com
**Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.**

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

 

2017.08.14 IBM Rule 7.1 Corp Disclosure Statement.pdf   2017.08.14 Motion to Compel AWS Subpoena - Memo.pdf



2017.08.14 Motion to Compel AWS Subpoena - Order.pdf


2017.08.14 Motion to Compel AWS Subpoena - PJS Decl w Exhibits.pdf