The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                    Plaintiff,<br><br>   v.<br><br>JEFF S. SMITH,<br><br>                    Defendant. | No.  2:17-mc-00095-RSL<br><br>**NOTICE TO WITHDRAW PENDING MOTION**<br>RE: INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA SERVED ON AMAZON WEB SERVICES, INC. (SET FOR HEARING ON SEPTEMBER 1, 2017)<br><br>(Related to No.: 17-cv-5808-CS (S.D.N.Y.)) |

Pursuant to LCR 7(l), Plaintiff International Business Machines Corporation ("IBM") hereby files this Notice to Withdraw Pending Motion, pursuant to which IBM withdraws the pending Motion to Enforce and Compel Compliance with Subpoena Served on Amazon Web Services, Inc., which is currently set for hearing on September 1, 2017.

DATED this 30th day of August, 2017.

JACKSON LEWIS P.C.

 */s/ Peter H. Nohle*
Peter H. Nohle, WSBA #35849
520 Pike Street, Suite 2300
Seattle, WA  98101
Telephone:  206-405-0404
peter.nohle@jacksonlewis.com
Attorneys for International Business Machines Corporation

NOTICE TO WITHDRAW
PENDING MOTION - 1
(2:17-mc-00095-RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Counsel for Defendant Jeff F. Smith**
Ronald Richman:  ronald.richman@srz.com
Max Garfield:  max.garfield.@srz.com

**Counsel for Amazon Web Services, Inc.**
Michael Banks:  michael.banks@morganlewis.com
Richard Rosenblatt:  richard.rosenblatt@morganlewis.com
Sarah Bouchard:  sarah.bouchard@morganlewis.com
Brandon Brigham:  brandon.brigham@morganlewis.com

Dated this 30th day of August, 2017, at Seattle, Washington.

Andrea W. Preston

NOTICE TO WITHDRAW
PENDING MOTION - 2
(2:17-mc-00095-RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404